AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL COMPLAINT** |
| V. | |
| **JOSEPH DENNIS AKPAN**<br>**DOB:  XX/XX/1975** | CASE NUMBER: |

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  On or about   August 6, 2005   in   Washington, D.C.   county, in the District of   Columbia   defendant(s) did, (Track Statutory Language of Offense)

with intent to defraud, passed, uttered, published, transferred, delivered, and/or exchanged falsely made, forged, altered or counterfeited monetary obligations or securities of the United States, with the intent to pass as genuine.

in violation of Title   18   United States Code, Section(s)   472  .

I further state that I am   Kathleen Kustra, Special Agent with U.S. Secret Service, Washington Field Office  , and that this complaint is based on the following facts:

**See Attached Affidavit**

Continued on the attached sheet and made a part hereof:  ☒ Yes   ☐ No

Signature of Complainant
Kathleen Kustra, Special Agent
U.S. Secret Service
Washington Field Office

AUSA, Heidi Pasichow   (202) 514-7533
Sworn to before me and subscribed in my presence,

_____                       at      Washington, D.C.     
Date                                                                              City and State

_____                       _____
Name & Title of Judicial Officer                              Signature of Judicial Officer