AO442(Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

V.

JOSEPH DENNIS AKPAN

**WARRANT FOR ARREST**

CASE NUMBER 05 - 0454M - 01.

To:    The United States Marshal
and any Authorized United States Officer

**FILED**

YOU ARE HEREBY COMMANDED to arrest ____Joseph Dennis Akpan____

Name

AUG 1 1 2005

and bring him or her forthwith to the nearest magistrate to answer a(n)

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

☐ Indictment    ☐ Information    ☒ Complaint    ☐ Order of Court    ☐ Violation Notice    ☐ Probation Violation Petition

charging him or her with (brief description of offense)

with intent to defraud, passed, uttered, published, transferred, delivered, and/or exchanged falsely made, forged, altered or counterfeited monetary obligations or securities of the United States, with the intent to pass as genuine,

in violation of Title 18 United States Code, Section(s) 472 .

ALAN KAY
U.S. MAGISTRATE JUDGE

Name of Issuing Officer

ALAN KAY
U.S. MAGISTRATE JUDGE

Title of Issuing Officer

Signature of Issuing Officer

AUG 10 2005    District of Columbia

Date and Location

Bail fixed at $ _____    by _____

Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _Washington · DC · 20005_ | | 1100 "L" street NW, |
| DATE RECEIVED 8/10/05 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 8/11/05 | Kathleen Kustra, Special Agent | |