UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | MAGISTRATE NO. **05-0454M-01 (CR)** |
| | : | |
| **JOSEPH DENNIS AKPAN,** | : | VIOLATION: 18 U.S.C. §472 |
| Defendant. | : | (Uttering Counterfeit Obligations and |
| | : | Securities) |

### INFORMATION

The United States Attorney charges:

### COUNT ONE

On or between August 6 through August 7, 2005, in the District of Columbia, the defendant, JOSEPH DENNIS AKPAN, with intent to defraud, did pass and utter and attempted to pass and utter to another and kept in his possession falsely made, forged and counterfeited obligations of the United States, that are, Federal Reserve Notes in the amount of $1800.00 in denominations of one hundred dollars, Series of 2003, containing wither Serial Nos.DE58718775A/E5 and/or DE58718758A/E5, which he then knew to be falsely made, forged and counterfeited.

(**Uttering Counterfeit Obligations and Securities**, in violation of 18 U.S.C. §472)

KENNETH L. WAINSTEIN
United States Attorney
for the District of Columbia
Bar No. 451-058

By: _____

Heidi M. Pasichow
D.C. Bar # 370-686
Assistant United States Attorney
Federal Major Crimes Section
555 4th Street, NW
Washington, D.C. 20530
(202) 514-7533