UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | :    Criminal Case No.:  05-0392 (RMU) |
| v. | : |
| | : |
| JOSEPH DENNIS AKPAN | : |
| | : |
| Defendant. | : |

**FILED**
DEC 1 3 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

<u>SENTENCING SCHEDULING ORDER</u>

It is this <u>13th</u> day of December 2005,

ORDERED that the sentencing in this matter shall be set for _March 7, 2006_ at _11:15_; and it is

FURTHER ORDERED that the probation officer assigned to this case disclose the initial version of the presentence investigation report to the parties 40 days after the referral date; and it is

ORDERED that counsel submit their objections to the probation officer 10 days after the report is initially disclosed by the probation office; and it is

FURTHER ORDERED that the probation officer disclose to the parties and file with the court the final presentence investigation report 10 days after the parties have submitted their objections; and it is

ORDERED that the parties file their memoranda in aid of sentencing with the court 10 days after the final version of the presentence report is disclosed by the probation officer; with responses thereto due five days thereafter. The parties' submissions must contain supporting case law or any other authority that the parties intend to rely upon.[1]

SO ORDERED.

_____
Ricardo M. Urbina
United States District Judge

---

[1] The "days" referred to in this order are *calendar* days. If the count of days ends on a weekend, the next business day becomes the due date for the submission.