AO 455 (Rev. 5/85)  Waiver of Indictment

# United States District Court

DISTRICT OF *Columbia*

**FILED**
DEC 1 3 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.

*Joseph Dennis Akpan*

WAIVER OF INDICTMENT

CASE NUMBER: 05-0392

I, *Joseph Dennis Akpan*, the above named defendant, who is accused of *Uttering Counterfeit Obligation and Securities; Title 18 U.S.C. 472*

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on *December 13, 2005* prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

*Date*

[signature]
Defendant

[signature]
Counsel for Defendant

Before [signature]
Judicial Officer