UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA     :
                             :
         v.                  :     Criminal Action No.: 05-0392 (RMU)
                             :
JOSEPH DENNIS AKPAN,         :
                             :
         Defendant.          :

**ORDER**

It is this 7th day of March 2006,

**ORDERED** that a progress hearing in the above-captioned case shall take place on ___Jun. 7 2006___ at ___10:30___.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge

FILED
MAR 7 - 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT