## HONORABLE RICARDO M. URBINA, UNITED STATES DISTRICT JUDGE

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA      :    Docket No.: <u>CR-05-0392</u>

           vs.               :    SSN: _____

**FILED**

Akpan, Joseph            :    Disclosure Date: <u>January 24, 2006</u> MAR 7 – 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### RECEIPT AND ACKNOWLEDGMENT OF
### PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

#### For the Government

(CHECK APPROPRIATE BOX)

     ( )    There are no material/factual inaccuracies therein.

     ( )    There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____     _____ | **Date**

**Prosecuting Attorney**

#### For the Defendant

(CHECK APPROPRIATE BOX)

     ( )    There are no material/factual inaccuracies therein.

     ( )    There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____  _____  _____  _____
**Defendant**             **Date**          **Defense Counsel**         **Date**

1-2-06

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32.2, those executing this form shall first submit any material inaccuracies or disputes in writing by **February 7, 2006**, to U.S. Probation Officer **LaVerne Ebron**, telephone number **(202) 565-1376**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

**By:**    Richard A. Houck, Jr., Chief
        United States Probation Officer