## HONORABLE RICARDO M. URBINA, UNITED STATES DISTRICT JUDGE

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA  :  Docket No.: CR-05-0392

vs.  :  SSN:

Akpan, Joseph  :  Disclosure Date: January 24, 2006

**FILED**
MAR 7 - 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**

(CHECK APPROPRIATE BOX)

(✓)    There are no material/factual inaccuracies therein.

(  )    There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____        1/30/06
**Prosecuting Attorney**                   **Date**

**For the Defendant**

(CHECK APPROPRIATE BOX)

(  )    There are no material/factual inaccuracies therein.

(  )    There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____  _____        _____  _____
**Defendant**        **Date**            **Defense Counsel**    **Date**

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32.2, those executing this form shall first submit any material inaccuracies or disputes in writing by **February 7, 2006**, to U.S. Probation Officer **LaVerne Ebron**, telephone number **(202) 565-1376**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By:    Richard A. Houck, Jr., Chief
       United States Probation Officer