UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal Action No.: 05-0392 (RMU) |
| : | |
| JOSEPH DENNIS AKPAN, : | |
| : | FILED |
| Defendant. : | |
| | NOV 6 - 2006 |
| ORDER | NANCY MAYER WHITTINGTON, CLERK |
| | U.S. DISTRICT COURT |

It is this 6th day of November 2006,

**ORDERED** that the progress hearing in the above-captioned case scheduled for November 7, 2006 is VACATED and RESCHEDULED to take place on Thursday, November 16, 2006 at 9:45 a.m.

**SO ORDERED**.

Ricardo M. Urbina
United States District Judge