UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Criminal Action No.: 05-0392 (RMU) |
| JOSEPH DENNIS AKPAN, | : |
| Defendant. | : |

**FILED**
NOV 1 6 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

<u>**ORDER**</u>

It is this 16th day of November 2006,

**ORDERED** that a progress hearing in the above-captioned case shall take place on _March 15, 2007_ at _1:30_.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge