UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Criminal Action No.: 05-0392 (RMU) |
| JOSEPH DENNIS AKPAN, | : |
| Defendant. | : |

**ORDER**

**FILED**

**JAN 16 2007**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

It is this 16th day of January 2007,

**ORDERED** that the progress hearing in the above-captioned case scheduled for March 15, 2007 is VACATED and RESCHEDULED to take place on Thursday, March 22, 2007 at 3:30 p.m.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge