UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal Action No.: 05-0392 (RMU) |
| JOSEPH DENNIS AKPAN, | **FILED** |
| Defendant. | FEB 28 2007 |
| **ORDER** | NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

It is this 28th day of February 2007,

**ORDERED** that the progress hearing in the above-captioned case scheduled for March 22, 2007 is VACATED and RESCHEDULED to take place on Monday, March 26, 2007 at 11:00 a.m.

**SO ORDERED.**

_Ricardo M. Urbina_
Ricardo M. Urbina
United States District Judge