# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA    :
       :
       v.       :     Criminal Action No.: 05-392 (RMU)
       :
JOSEPH DENNIS AKPAN,    :
       :
       Defendant.    :

**FILED**

MAR 2 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## O R D E R

It is this 26th day of March 2007,

**ORDERED** that a progress hearing in the above-captioned case shall take place on

_Sept. 24, 2007_ at _11 Am_

**SO ORDERED**.

Ricardo M. Urbina
United States District Judge