UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal Action No.: 05-0392 (RMU) |
| : | |
| JOSEPH DENNIS AKPAN, : | |
| : | |
| Defendant. : | |

**ORDER**

FILED
SEP 2 4 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

It is this 24th day of September 2007,

**ORDERED** that a progress hearing in the above-captioned case shall take place on _Jan. 14th 2008_ at _10 am_.

**SO ORDERED.**

Ricardo M. Urbina
United States District Judge