UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Criminal Action No.: 05-0392 (RMU) |
| JOSEPH DENNIS AKPAN, | : | |
| Defendant. | : | |

**ORDER**

FILED JAN 1 4 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Upon consideration of the defendant's unopposed oral motion for early termination of the defendant's supervision and the entire record of this case, is this 14th day of January 2008,

**ORDERED** that the defendant's motion is hereby **GRANTED**, and it is

**FURTHER ORDERED** that the defendant's supervision is **TERMINATED**.

**SO ORDERED**.

Ricardo M. Urbina
United States District Judge