IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** ) | |
| ) | **Criminal Case No.: 05-392 (RMU)** |
| **V.** ) | |
| ) | |
| **JOSEPH AKPAN** ) | |

## MOTION FOR RETURN OF PROPERTY

Defendant Joseph Akpan, through counsel, respectfully moves the Court to issue an Oder to the Pre-Trial Services Agency directing that the Defendant's passport be returned to him. This motion is filed pursuant to Fed. R. Crim. P. 41(e). As grounds, counsel and Mr. Akpan states as follows:

1. The Defendant was arrested in the instant matter on August 11, 2005. That same date, the Defendant surrendered his passport to the Pre-Trial Services Agency as a condition of his release.

2. On March 7, 2006, the Court sentenced the Defendant to a period of probation, and the Defendant was removed from supervision by the Pre-Trial Services Agency. Therefore, there is no reason for the Pre-Trial Services Agency to retain the Defendant's passport.

3. The Pre-Trial Services Agency, per Tammy Evert, does not oppose this request.

WHEREFORE, the Defendant requests that this motion be granted.

    Respectfully submitted,

    A. J. Kramer
    Federal Public Defender

1

                                            David Bos
                                            Attorney for Ping Chen
                                            Assistant Federal Public Defender
                                            625 Indiana Avenue, NW
                                            Washington, DC 20004
                                            202/208-7500
                                            Fax/501-3829

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the attached motion has been served on Assistant United States Attorney, Fred Yette.

                                            David W. Bos