## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** )  | |
| ) | **Criminal Case No. 05-392 (RMU)** |
| **V.** ) | |
| ) | |
| **JOSPEH AKPAN** ) | |

### ORDER

The Defendant having moved, pursuant to Fed. R. Crim. P. 41(e) for the return of property surrendered to the Pre-Trial Services Agency, namely his passport, and good cause shown, it is hereby

**ORDERED** that the motion is granted, and the subject property shall be returned to the Defendant.

This the _____ day of _____, 2008.


_____
UNITED STATES DISTRICT JUDGE