## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.: 05-392 (RMU)** |
| | : | |
| v. | : | |
| | : | |
| **JOSEPH AKPAN,** | : | |
| | : | |
| Defendant. | : | |
| | : | |

### GOVERNMENT'S RESPONSE TO MOTION FOR RETURN OF PROPERTY

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby notifies the Court and defendant that the government does not oppose the defendant's request for the return of his passport.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

By: _____
Frederick Yette, DC Bar # 385391
Assistant U.S. Attorney
Federal Major Crimes Section
555 4th Street, N.W.
Washington, D.C. 20530
(202) 353-1666
Frederick.Yette@usdoj.gov