IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | ) | |
| | ) | Criminal Case No. 05-392 (RMU) |
| V. | ) | |
| | ) | |
| JOSPEH AKPAN | ) | |

**FILED**

JAN 3 0 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

The Defendant having moved, pursuant to Fed. R. Crim. P. 41(e) for the return of property surrendered to the Pre-Trial Services Agency, namely his passport, and good cause shown, it is hereby

**ORDERED** that the motion is granted, and the subject property shall be returned to the Defendant.

This the ___29th___ day of ___January___, 2008.

_____
UNITED STATES DISTRICT JUDGE